# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
MARY ANN WOLFENSON                    §   Case No. 15-38605
JAMES W. WOLFENSON                    §
                                      §
                                      §
              Debtors                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/12/2015 . The undersigned trustee was appointed on 11/12/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $   300,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 116,171.21 |
   | Bank service fees | 1,135.27 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 182,693.52 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/11/2016 and the deadline for filing governmental claims was 05/11/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 18,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 18,250.00 , for a total compensation of $ 18,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 129.00 , for total expenses of $ 129.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/19/2017                By: /s/BARRY A. CHATZ
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-38605 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MARY ANN WOLFENSON | | | | Date Filed (f) or Converted (c): | 11/12/2015 (f) |
| | JAMES W. WOLFENSON | | | | 341(a) Meeting Date: | 12/11/2015 |
| For Period Ending: | 09/19/2017 | | | | Claims Bar Date: | 05/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Two Parcels Of Real Property In Land Trust (No. 4904) Held I | 1,090,000.00 | 180,860.44 | | 300,000.00 | FA |
| 2. Cash | 250.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account (No. 3757) With Bmo Harris Bank | 958.00 | 0.00 | | 0.00 | FA |
| 4. Money Market Account (No. 9432) With Bmo Harris Bank | 250.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account With First Personal Bank | 314.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 475.00 | 0.00 | | 0.00 | FA |
| 8. Furs And Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 9. Ira (No. 6988) With Bmo Harris Bank | 6,500.00 | 0.00 | | 0.00 | FA |
| 10. Pension With Teacher Retirement System | 38,230.00 | 0.00 | | 0.00 | FA |
| 11. 100% Owner Of Forest Products Corp. (Involuntarily Dissolved) | 26,307.00 | 0.00 | | 0.00 | FA |
| 12. 2010/2011 Year End Drilling Program Lp | 0.00 | 0.00 | | 0.00 | FA |
| 13. Mid-America Energy Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 14. Beneficaries Of Land Trust (No. 4904) Dated 4/8/93 As Tenant | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2007 Lincoln Mkz (80,000 Miles) | 4,645.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,170,329.00 | $180,860.44 | | $300,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee completed the liquidation of property of the estate and will review claims, file the estate's final income tax return and prepare the Trustee's Final Report.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 12/31/2017  Current Projected Date of Final Report (TFR): 12/31/2017

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-38605 | Trustee Name: BARRY A. CHATZ |
| Case Name: MARY ANN WOLFENSON | Bank Name: Union Bank |
| JAMES W. WOLFENSON | Account Number/CD#: XXXXXX0805 |
| | Checking |
| Taxpayer ID No: XX-XXX6943 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/19/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/16 | | First American Title Insurance Company<br>8707 West 95th Street<br>Hickory Hills, IL 60457 | LIQUIDATION OF REAL PROPERTY | | $180,860.44 | | $180,860.44 |
| | | | Gross Receipts  $300,000.00 | | | | |
| | | | COUNTY TAXES 1-1-16 to 3-21-16  ($1,142.68) | 2820-000 | | | |
| | | | COUNTY TAXES 7-1-15 to 12-31-15  ($2,730.56) | 2820-000 | | | |
| | | | Survey  ($400.00) | 2500-000 | | | |
| | | | Illinois Owner's Policy Fee to First American Title  ($3.00) | 2500-000 | | | |
| | | | Closing Protection Coverage-Seller to First American Title Company  ($50.00) | 2500-000 | | | |
| | | | Settlement/Closing Fees to First American Title Company  ($650.00) | 2500-000 | | | |
| | | | Commitment Update Search to First American Title Company  ($125.00) | 2500-000 | | | |
| | | | Tax Payment Serivvce Fee to First American Title Company  ($50.00) | 2500-000 | | | |
| | | | COUNTY TAXES to Cook County Collector  ($2,880.14) | 2820-000 | | | |
| | | | Owner's Policy to First American Title Company  ($1,800.00) | 2500-000 | | | |
| | | | Earnest Money  ($10,000.00) | 3510-000 | | | |
| | | | Real Estate Commission to Realty Executives Ambassador  ($5,000.00) | 3510-000 | | | |
| | | | Release to Cook County Recorder of Deeds  ($52.00) | 2500-000 | | | |
| | | | State Transfer Tax  ($300.00) | 2500-000 | | | |
| | | | County Transfer Tax to Cook County Recorder of Deeds  ($150.00) | 2500-000 | | | |

UST Form 101-7-TFR (5/1/2011)  *(Page: 5)*    Page Subtotals:    $180,860.44    $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-38605 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | MARY ANN WOLFENSON | Bank Name: | Union Bank |
|  | JAMES W. WOLFENSON | Account Number/CD#: | XXXXXX0805 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX6943 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/19/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  |  | Attorney Fee to Wayne Skelton ($1,000.00) | 3210-000 |  |  |  |
|  |  |  | Administrative Fees to Realty Executives Ambassador ($395.00) | 2500-000 |  |  |  |
|  |  |  | Association Fees Reimbursement to Wayne Skelton ($1,221.44) | 2500-000 |  |  |  |
|  |  |  | Courier Services of Docs to HOA Reimbursement to Wayne Skelton ($53.85) | 2500-000 |  |  |  |
|  |  |  | HOA Processing fee reimbursement to Wayne Skelton ($75.00) | 2500-000 |  |  |  |
|  |  |  | Sold Taxes to Cook County Clerk ($9,032.85) | 2500-000 |  |  |  |
|  |  |  | Funds Held: T.I. for sold taxes ($4,516.43) | 2500-000 |  |  |  |
|  |  |  | PAYOFF MORTGAGE LOAN ($77,511.61) | 2500-000 |  |  |  |
|  | 1 |  | Two Parcels Of Real Property In Land Trust (No. 4904) Held I  $300,000.00 | 1110-000 |  |  |  |
| 04/25/16 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $69.18 | $180,791.26 |
| 05/04/16 |  | FIRST AMERICAN TITLE INSURANCE COMPANY 8707 WEST 95TH STREET HICKORY HILLS, IL  60457 | LIQUIDATION OF REAL PROPERTY EXCESS FUNDS FROM REAL ESTATE TRANSACTION TO BALANCE TO CLOSING STATEMENT | 2500-000 |  | ($3,039.01) | $183,830.27 |
| 05/25/16 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $259.41 | $183,570.86 |
| 06/27/16 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $271.81 | $183,299.05 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:                $0.00        ($2,438.61)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-38605 | Trustee Name: BARRY A. CHATZ |
| Case Name: MARY ANN WOLFENSON | Bank Name: Union Bank |
| JAMES W. WOLFENSON | Account Number/CD#: XXXXXX0805 |
| | Checking |
| Taxpayer ID No: XX-XXX6943 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/19/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $263.27 | $183,035.78 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $271.60 | $182,764.18 |
| 02/14/17 | 400001 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA  70139 | 2300 Bond Payments | 2300-000 | | $70.66 | $182,693.52 |

| | | |
|---|---|---|
| COLUMN TOTALS | $180,860.44 | ($1,833.08) |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $180,860.44 | ($1,833.08) |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $180,860.44 | ($1,833.08) |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $0.00          $605.53

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0805 - Checking | $180,860.44 | ($1,833.08) | $182,693.52 |
| | $180,860.44 | ($1,833.08) | $182,693.52 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $119,139.56 |
| Total Net Deposits: | $180,860.44 |
| Total Gross Receipts: | $300,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-38605
Debtor Name: MARY ANN WOLFENSON
Claims Bar Date: 5/11/2016

Date: September 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $18,250.00 | $18,250.00 |
| 100 2200 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $129.00 | $129.00 |
| 100 3210 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $7,536.00 | $7,536.00 |
| 100 3220 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $236.43 | $236.43 |
| 100 3410 | Kutchins Robbins & Diamond Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Administrative | | $0.00 | $1,020.00 | $1,020.00 |
| 7A 400 4110 | Privatebank And Trust Company<br>Momkus Mccluskey Llc<br>1001 Warrenville Rd<br>Suite 500<br>Lisle, Il 60531 | Secured | Pursuant to Order to Approve Settlement or Compromise per Rule 9019 entered 3/2/16 (Docket #37) | $0.00 | $1,027,095.00 | $1,027,095.00 |
| 1 300 7100 | Navient Solutions, Inc<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Unsecured | | $0.00 | $18,626.89 | $18,626.89 |
| 2 300 7100 | Navient Solutions, Inc<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Unsecured | | $0.00 | $33,337.31 | $33,337.31 |
| 3 300 7100 | Navient Solutions, Inc<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Unsecured | | $0.00 | $32,749.76 | $32,749.76 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-38605  
Debtor Name: MARY ANN WOLFENSON  
Claims Bar Date: 5/11/2016  

Date: September 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | Navient Solutions, Inc<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Unsecured | | $0.00 | $50,775.00 | $50,775.00 |
| 5<br>300<br>7100 | U.S.Department Of Education<br>C/O Fedloan Servicing<br>P.O.Box 69184<br>Harrisburg Pa 17106-9184 | Unsecured | | $0.00 | $35,779.83 | $35,779.83 |
| 6<br>300<br>7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,297.91 | $2,297.91 |
| 7B<br>300<br>7100 | Privatebank And Trust Company<br>Momkus Mccluskey Llc<br>1001 Warrenville Rd<br>Suite 500<br>Lisle, Il 60531 | Unsecured | | $0.00 | $134,426.68 | $134,426.68 |
| 8<br>300<br>7100 | DEPARTMENT STORE NATIONAL BANK<br>C/O QUANTUM3 GROUP, LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Unsecured | | $0.00 | $3,815.69 | $3,815.69 |
| 9<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Citibank (Best Buy)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $358.30 | $358.30 |
| 10<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank (Ashley Homestore)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $1,017.58 | $1,017.58 |
| | Case Totals | | | $0.00 | $1,367,451.38 | $1,367,451.38 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-38605
Case Name: MARY ANN WOLFENSON
JAMES W. WOLFENSON
Trustee Name: BARRY A. CHATZ

Balance on hand $ 182,693.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7A | Privatebank And Trust Company | $ 1,027,095.00 | $ 1,027,095.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 182,693.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 18,250.00 | $ 0.00 | $ 18,250.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 129.00 | $ 0.00 | $ 129.00 |
| Attorney for Trustee Fees: COHEN & KROL | $ 7,536.00 | $ 0.00 | $ 7,536.00 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 236.43 | $ 0.00 | $ 236.43 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,020.00 | $ 0.00 | $ 1,020.00 |

Total to be paid for chapter 7 administrative expenses $ 27,171.43

Remaining Balance $ 155,522.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 313,184.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions, Inc | $ 18,626.89 | $ 0.00 | $ 9,249.78 |
| 2 | Navient Solutions, Inc | $ 33,337.31 | $ 0.00 | $ 16,554.72 |
| 3 | Navient Solutions, Inc | $ 32,749.76 | $ 0.00 | $ 16,262.95 |
| 4 | Navient Solutions, Inc | $ 50,775.00 | $ 0.00 | $ 25,213.96 |
| 5 | U.S.Department Of Education | $ 35,779.83 | $ 0.00 | $ 17,767.63 |
| 6 | American Express Bank, Fsb | $ 2,297.91 | $ 0.00 | $ 1,141.10 |
| 7B | Privatebank And Trust Company | $ 134,426.68 | $ 0.00 | $ 66,753.90 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8 | DEPARTMENT STORE NATIONAL BANK | $ 3,815.69 | $ 0.00 | $ 1,894.80 |
| 9 | Portfolio Recovery Associates, Llc | $ 358.30 | $ 0.00 | $ 177.93 |
| 10 | Portfolio Recovery Associates, Llc | $ 1,017.58 | $ 0.00 | $ 505.32 |
| | Total to be paid to timely general unsecured creditors | | | $ 155,522.09 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE