## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| MARY ANN WOLFENSON and JAMES W. WOLFENSON, | Case No. 15-38605 |
| Debtors. | Honorable A. Benjamin Goldgar |

### CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Mary Ann Wolfenson and James W. Wolfenson, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on September 21, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 876-7100
(312) 876-0288 Facsimile
barry.chatz@saul.com

The PrivateBank & Trust Company
120 S. LaSalle Street
Chicago, IL 60603-3412

1stprogress/1stequity/
P.o. Box 84010
Columbus, GA 31908-4010

Abigail Wolfenson
729 Westgate Apt 3 N
Saint Louis, MO 63130-3516

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

American Express Bank, FSB
c o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

(p) BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cap1/bstby
PO Box 30253
Salt Lake City, UT 84130-0253

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

ComEd
Attn: Bkcy Group-Claims Department
Villa Park, IL 60181

Crystal Tree Homeowner's Association
c/o Keough & Moody, P.C.
1250 East Diehl Road, Suite 405
Naperville, IL 60563-9389

Cynthia Fashingbauer
3037 N. Spaulding Unit 1
Chicago, IL 60618-6808

Department Store National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Dsnb Macys
Macys Bankruptcy Department
Po Box 8053
Mason, OH 45040-8053

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106-0610

Federal Perkins Loan
University Accounting Service
2520 South 170th Street
New Berlin, WI 53151-2706

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Illinois Department of Revenue
Bankruptcy Section
PO BOX 64338
Chicago, IL 60664-0338

Keough & Moody, P.C.
1250 East Diehl Road, Suite 405
Naperville, IL 60563-9389

Marquette Bank
6316 South Western Ave.
Chicago, IL 60636-2491

Navient
Po Box 9655
Wilkes Barre, PA 18773-9655

Navient Solutions, Inc
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Navient Solutions, Inc.
PO BOX 9000
Wilkes-Barre, PA 18773-9000

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407

(p) PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PrivateBank And Trust Company
Momkus McCluskey LLC
1001 Warrenville Rd
Suite 500
Lisle, IL 60532-4306

SCR Laboratory Physicians, SC
PO Box 5959
Carol Stream, IL 60197-5959

Sid's Unlimited Landscaping, Inc.
12936 S WINNEBAGO ROAD
Palos Heights, IL 60463-2054

U.S.Department of Education
C/O FedLoan Servicing
P.O.Box 69184
Harrisburg PA 17106-9184


University of Chicago Medicine
15965 Collections Center Drive
Chicago, IL 60693-0159


Alex J Whitt
Hiltz & Zanzig, LLC
53 W. Jackson Suite 205
Chicago, IL 60604-3673


Barry A Chatz
Arnstein & Lehr
161 North Clark Street
Suite 4200
Chicago, IL 60601-3316


James W. Wolfenson
10435 Misty Hill Road
Orland Park, IL 60462-7437


John F Hiltz
Hiltz & Zanzig LLC
53 West Jackson Blvd.
Suite 205
Chicago, IL 60604-3673


Lois West
105 West Adams Street
Suite 3200
Chicago, IL 60603-6209


Mary Ann Wolfenson
10435 Misty Hill Road
Orland Park, IL 60462-7437


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
MARY ANN WOLFENSON                        §        Case No. 15-38605
JAMES W. WOLFENSON                        §
                                          §
_____Debtors_____                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Wednesday, October 25, 2017 in Courtroom 642, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/19/2017                By: /s/ Barry A. Chatz, Trustee
                                                       Trustee


*BARRY A. CHATZ*
*161 NORTH CLARK STREET*
*SUITE 4200*
*CHICAGO, IL 60601*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARY ANN WOLFENSON | § | Case No. 15-38605 |
| JAMES W. WOLFENSON | § | |
| | § | |
| Debtors | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 300,000.00 |
| and approved disbursements of | $ | 117,306.48 |
| leaving a balance on hand of[1] | $ | 182,693.52 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7A | Privatebank And Trust Company | $ 1,027,095.00 | $ 1,027,095.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 182,693.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 18,250.00 | $ 0.00 | $ 18,250.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 129.00 | $ 0.00 | $ 129.00 |
| Attorney for Trustee Fees: COHEN & KROL | $ 7,536.00 | $ 0.00 | $ 7,536.00 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 236.43 | $ 0.00 | $ 236.43 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $       1,020.00 | $            0.00 | $       1,020.00 |

Total to be paid for chapter 7 administrative expenses          $          27,171.43

Remaining Balance                                              $         155,522.09


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 313,184.95  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions, Inc | $      18,626.89 | $            0.00 | $       9,249.78 |
| 2 | Navient Solutions, Inc | $      33,337.31 | $            0.00 | $      16,554.72 |
| 3 | Navient Solutions, Inc | $      32,749.76 | $            0.00 | $      16,262.95 |
| 4 | Navient Solutions, Inc | $      50,775.00 | $            0.00 | $      25,213.96 |
| 5 | U.S.Department Of Education | $      35,779.83 | $            0.00 | $      17,767.63 |
| 6 | American Express Bank, Fsb | $       2,297.91 | $            0.00 | $       1,141.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7B | Privatebank And Trust Company | $ 134,426.68 | $ 0.00 | $ 66,753.90 |
| 8 | DEPARTMENT STORE NATIONAL BANK | $ 3,815.69 | $ 0.00 | $ 1,894.80 |
| 9 | Portfolio Recovery Associates, Llc | $ 358.30 | $ 0.00 | $ 177.93 |
| 10 | Portfolio Recovery Associates, Llc | $ 1,017.58 | $ 0.00 | $ 505.32 |

Total to be paid to timely general unsecured creditors          $          155,522.09

Remaining Balance          $          0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/ Barry A. Chatz, Trustee
                                    Trustee


BARRY A. CHATZ
161 NORTH CLARK STREET
SUITE 4200
CHICAGO, IL  60601

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.