UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| MARY ANN WOLFENSON | § | Case No. 15-38605 |
| JAMES W. WOLFENSON | § § § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 26,307.00 *(Without deducting any secured claims)* | Assets Exempt: 54,022.00 |
| Total Distributions to Claimants: 155,522.09 | Claims Discharged Without Payment: 1,675,289.69 |
| Total Expenses of Administration: 144,477.91 | |

3) Total gross receipts of $ 300,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 300,000.00  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,229,831.54 | $ 1,027,095.00 | $ 1,027,095.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 144,477.91 | 144,477.91 | 144,477.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,760.90 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 279,034.39 | 313,184.95 | 313,184.95 | 155,522.09 |
| **TOTAL DISBURSEMENTS** | $ 1,517,626.83 | $ 1,484,757.86 | $ 1,484,757.86 | $ 300,000.00 |

    4) This case was originally filed under chapter 7 on 11/12/2015. The case was pending for 25 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/21/2017         By: /s/BARRY A. CHATZ, TRUSTEE
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Two Parcels Of Real Property In Land Trust (No. 4904) Held I | 1110-000 | 300,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$300,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Privatebank And Tr 120 South LaSalle Street Chicago, IL 60603 | | 18,191.00 | NA | NA | 0.00 |
| | The Privatebank And Tr 120 South LaSalle Street Chicago, IL 60603 | | 1,211,640.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7A | Privatebank And Trust Company | 4110-000 | NA | 1,027,095.00 | 1,027,095.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 1,229,831.54 | $ 1,027,095.00 | $ 1,027,095.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 18,250.00 | 18,250.00 | 18,250.00 |
| BARRY A. CHATZ | 2200-000 | NA | 129.00 | 129.00 | 129.00 |
| International Sureties, Ltd. | 2300-000 | NA | 70.66 | 70.66 | 70.66 |
| First American Title Insurance Company | 2500-000 | NA | 93,347.17 | 93,347.17 | 93,347.17 |
| Union Bank | 2600-000 | NA | 1,135.27 | 1,135.27 | 1,135.27 |
| First American Title Insurance Company | 2820-000 | NA | 6,753.38 | 6,753.38 | 6,753.38 |
| COHEN & KROL | 3210-000 | NA | 7,536.00 | 7,536.00 | 7,536.00 |
| First American Title Insurance Company | 3210-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| COHEN & KROL | 3220-000 | NA | 236.43 | 236.43 | 236.43 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 1,020.00 | 1,020.00 | 1,020.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First American Title Insurance Company | 3510-000 | NA | 15,000.00 | 15,000.00 | 15,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 144,477.91 | $ 144,477.91 | $ 144,477.91 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section PO BOX 64338 Chicago, IL 60664-0338 | | 8,760.90 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 8,760.90 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1stprogress/1stequity/ P.o. Box 84010 Columbus, GA 31908 | | 122.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 2,234.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 982236 El Paso, TX 79998 | | 52,503.00 | NA | NA | 0.00 |
| | Cap1/bstby PO Box 30253 Salt Lake City, UT 84130 | | 358.00 | NA | NA | 0.00 |
| | Chase Card Services Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 11,639.00 | NA | NA | 0.00 |
| | Chase Card Services Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 23,578.00 | NA | NA | 0.00 |
| | ComEd Attn: Bkcy Group- Claims Department Villa Park, IL 60181 | | 900.00 | NA | NA | 0.00 |
| | Crystal Tree Homeowner's Association c/o Keough & Moody, P.C. 1250 East Diehl Road, Suite 405 Naperville, IL 60563 | | 1,194.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dsnb Macys Macys Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 3,815.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 60610 Harrisburg, PA 17106 | | 35,544.00 | NA | NA | 0.00 |
| | Federal Perkins Loan University Accounting Service 2520 South 170th Street New Berlin, WI 53008-0918 | | 4,468.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | 333.00 | NA | NA | 0.00 |
| | Marquette Bank 6316 South Western Ave. Chicago, IL 60636 | | 790.00 | NA | NA | 0.00 |
| | Navient Po Box 9655 Wilkes Barre, PA 18773 | | 19,493.00 | NA | NA | 0.00 |
| | Navient Po Box 9655 Wilkes Barre, PA 18773 | | 33,855.00 | NA | NA | 0.00 |
| | Navient Po Box 9655 Wilkes Barre, PA 18773 | | 33,327.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Navient Po Box 9655 Wilkes Barre, PA 18773 | | 49,637.00 | NA | NA | 0.00 |
| | Nicor Gas P.O. Box 5407 Carol Stream, IL 60197-5407 | | 400.00 | NA | NA | 0.00 |
| | SCR Laboratory Physicians, SC PO Box 5959 Carol Stream, IL 60197 | | 3.15 | NA | NA | 0.00 |
| | Sid's Unlimited Landscaping, Inc. 12936 S WINNEBAGO ROAD Palos Heights, IL 60463 | | 2,200.00 | NA | NA | 0.00 |
| | The Privatebank And Tr 120 South LaSalle Street Chicago, IL 60603 | | 2,377.00 | NA | NA | 0.00 |
| | University of Chicago Medicine 15965 Collections Center Drive Chicago, IL 60693-0159 | | 263.74 | NA | NA | 0.00 |
| 6 | American Express Bank, Fsb | 7100-000 | NA | 2,297.91 | 2,297.91 | 1,141.10 |
| 8 | DEPARTMENT STORE NATIONAL BANK | 7100-000 | NA | 3,815.69 | 3,815.69 | 1,894.80 |
| 1 | Navient Solutions, Inc | 7100-000 | NA | 18,626.89 | 18,626.89 | 9,249.78 |
| 2 | Navient Solutions, Inc | 7100-000 | NA | 33,337.31 | 33,337.31 | 16,554.72 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Navient Solutions, Inc | 7100-000 | NA | 32,749.76 | 32,749.76 | 16,262.95 |
| 4 | Navient Solutions, Inc | 7100-000 | NA | 50,775.00 | 50,775.00 | 25,213.96 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,017.58 | 1,017.58 | 505.32 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 358.30 | 358.30 | 177.93 |
| 7B | Privatebank And Trust Company | 7100-000 | NA | 134,426.68 | 134,426.68 | 66,753.90 |
| 5 | U.S.Department Of Education | 7100-000 | NA | 35,779.83 | 35,779.83 | 17,767.63 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 279,034.39 | $ 313,184.95 | $ 313,184.95 | $ 155,522.09 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-38605 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MARY ANN WOLFENSON | | | | Date Filed (f) or Converted (c): | 11/12/2015 (f) |
| | JAMES W. WOLFENSON | | | | 341(a) Meeting Date: | 12/11/2015 |
| For Period Ending: | 11/21/2017 | | | | Claims Bar Date: | 05/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Two Parcels Of Real Property In Land Trust (No. 4904) Held I | 1,090,000.00 | 180,860.44 | | 300,000.00 | FA |
| 2. Cash | 250.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account (No. 3757) With Bmo Harris Bank | 958.00 | 0.00 | | 0.00 | FA |
| 4. Money Market Account (No. 9432) With Bmo Harris Bank | 250.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account With First Personal Bank | 314.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 475.00 | 0.00 | | 0.00 | FA |
| 8. Furs And Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 9. Ira (No. 6988) With Bmo Harris Bank | 6,500.00 | 0.00 | | 0.00 | FA |
| 10. Pension With Teacher Retirement System | 38,230.00 | 0.00 | | 0.00 | FA |
| 11. 100% Owner Of Forest Products Corp. (Involuntarily Dissolved) | 26,307.00 | 0.00 | | 0.00 | FA |
| 12. 2010/2011 Year End Drilling Program Lp | 0.00 | 0.00 | | 0.00 | FA |
| 13. Mid-America Energy Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 14. Beneficaries Of Land Trust (No. 4904) Dated 4/8/93 As Tenant | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2007 Lincoln Mkz (80,000 Miles) | 4,645.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,170,329.00 | $180,860.44 | | $300,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee completed the liquidation of property of the estate and will review claims, file the estate's final income tax return and prepare the Trustee's Final Report.

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-38605 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: MARY ANN WOLFENSON | Bank Name: Union Bank |
| JAMES W. WOLFENSON | Account Number/CD#: XXXXXX0805 |
| | Checking |
| Taxpayer ID No: XX-XXX6943 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/16 | | First American Title Insurance Company<br>8707 West 95th Street<br>Hickory Hills, IL  60457 | LIQUIDATION OF REAL PROPERTY | | $180,860.44 | | $180,860.44 |
| | | | Gross Receipts  $300,000.00 | | | | |
| | | | COUNTY TAXES 1-1-16 to 3-21-16  ($1,142.68) | 2820-000 | | | |
| | | | COUNTY TAXES 7-1-15 to 12-31-15  ($2,730.56) | 2820-000 | | | |
| | | | Survey  ($400.00) | 2500-000 | | | |
| | | | Illinois Owner's Policy Fee to First American Title  ($3.00) | 2500-000 | | | |
| | | | Closing Protection Coverage-Seller to First American Title Company  ($50.00) | 2500-000 | | | |
| | | | Settlement/Closing Fees to First American Title Company  ($650.00) | 2500-000 | | | |
| | | | Commitment Update Search to First American Title Company  ($125.00) | 2500-000 | | | |
| | | | Tax Payment Serivvce Fee to First American Title Company  ($50.00) | 2500-000 | | | |
| | | | COUNTY TAXES to Cook County Collector  ($2,880.14) | 2820-000 | | | |
| | | | Owner's Policy to First American Title Company  ($1,800.00) | 2500-000 | | | |
| | | | Earnest Money  ($10,000.00) | 3510-000 | | | |
| | | | Real Estate Commission to Realty Executives Ambassador  ($5,000.00) | 3510-000 | | | |
| | | | Release to Cook County Recorder of Deeds  ($52.00) | 2500-000 | | | |
| | | | State Transfer Tax  ($300.00) | 2500-000 | | | |
| | | | County Transfer Tax to Cook County Recorder of Deeds  ($150.00) | 2500-000 | | | |
| | | | Page Subtotals: | | $180,860.44 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-38605  
Case Name: MARY ANN WOLFENSON  
JAMES W. WOLFENSON  
Taxpayer ID No: XX-XXX6943  
For Period Ending: 11/21/2017  

Trustee Name: BARRY A. CHATZ, TRUSTEE  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0805  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Attorney Fee to Wayne Skelton | ($1,000.00) | 3210-000 | | |
| | | | Administrative Fees to Realty Executives Ambassador | ($395.00) | 2500-000 | | |
| | | | Association Fees Reimbursement to Wayne Skelton | ($1,221.44) | 2500-000 | | |
| | | | Courier Services of Docs to HOA Reimbursement to Wayne Skelton | ($53.85) | 2500-000 | | |
| | | | HOA Processing fee reimbursement to Wayne Skelton | ($75.00) | 2500-000 | | |
| | | | Sold Taxes to Cook County Clerk | ($9,032.85) | 2500-000 | | |
| | | | Funds Held: T.I. for sold taxes | ($4,516.43) | 2500-000 | | |
| | | | PAYOFF MORTGAGE LOAN | ($77,511.61) | 2500-000 | | |
| | 1 | | Two Parcels Of Real Property In Land Trust (No. 4904) Held I | $300,000.00 | 1110-000 | | |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.18 | $180,791.26 |
| 05/04/16 | | FIRST AMERICAN TITLE INSURANCE COMPANY 8707 WEST 95TH STREET HICKORY HILLS, IL  60457 | LIQUIDATION OF REAL PROPERTY EXCESS FUNDS FROM REAL ESTATE TRANSACTION TO BALANCE TO CLOSING STATEMENT | 2500-000 | | ($3,039.01) | $183,830.27 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $259.41 | $183,570.86 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $271.81 | $183,299.05 |

Page Subtotals: $0.00   ($2,438.61)

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-38605 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: MARY ANN WOLFENSON<br>JAMES W. WOLFENSON | Bank Name: Union Bank<br>Account Number/CD#: XXXXXX0805<br>Checking |
| Taxpayer ID No: XX-XXX6943 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $263.27 | $183,035.78 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $271.60 | $182,764.18 |
| 02/14/17 | 400001 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | 2300 Bond Payments | 2300-000 | | $70.66 | $182,693.52 |
| 10/25/17 | 400002 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Distribution | | | $18,379.00 | $164,314.52 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($18,250.00) | 2100-000 | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($129.00) | 2200-000 | | |
| 10/25/17 | 400003 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Distribution | | | $7,772.43 | $156,542.09 |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. | ($7,536.00) | 3210-000 | | |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. | ($236.43) | 3220-000 | | |
| 10/25/17 | 400004 | Kutchins Robbins & Diamond Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,020.00 | $155,522.09 |
| 10/25/17 | 400005 | Navient Solutions, Inc<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Distribution | | | $67,281.41 | $88,240.68 |

Page Subtotals: $0.00   $95,058.37

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-38605 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: MARY ANN WOLFENSON | Bank Name: Union Bank |
| JAMES W. WOLFENSON | Account Number/CD#: XXXXXX0805 |
| | Checking |
| Taxpayer ID No: XX-XXX6943 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Navient Solutions, Inc | Final distribution to claim 1 representing a payment of 49.66 % per court order. | ($9,249.78) | 7100-000 | | | |
| | | Navient Solutions, Inc | Final distribution to claim 2 representing a payment of 49.66 % per court order. | ($16,554.72) | 7100-000 | | | |
| | | Navient Solutions, Inc | Final distribution to claim 3 representing a payment of 49.66 % per court order. | ($16,262.95) | 7100-000 | | | |
| | | Navient Solutions, Inc | Final distribution to claim 4 representing a payment of 49.66 % per court order. | ($25,213.96) | 7100-000 | | | |
| 10/25/17 | 400006 | U.S.Department Of Education C/O Fedloan Servicing P.O.Box 69184 Harrisburg Pa 17106-9184 | Final distribution to claim 5 representing a payment of 49.66 % per court order. | | 7100-000 | | $17,767.63 | $70,473.05 |
| 10/25/17 | 400007 | American Express Bank, Fsb C O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Final distribution to claim 6 representing a payment of 49.66 % per court order. | | 7100-000 | | $1,141.10 | $69,331.95 |
| 10/25/17 | 400008 | Privatebank And Trust Company Momkus Mccluskey Llc 1001 Warrenville Rd Suite 500 Lisle, Il 60531 | Final distribution to claim 7 representing a payment of 49.66 % per court order. | | 7100-000 | | $66,753.90 | $2,578.05 |
| 10/25/17 | 400009 | DEPARTMENT STORE NATIONAL BANK C/O QUANTUM3 GROUP, LLC PO BOX 657 KIRKLAND, WA 98083-0657 | Final distribution to claim 8 representing a payment of 49.66 % per court order. | | 7100-000 | | $1,894.80 | $683.25 |
| 10/25/17 | 400010 | Portfolio Recovery Associates, Llc Successor To Citibank (Best Buy) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 9 representing a payment of 49.66 % per court order. | | 7100-000 | | $177.93 | $505.32 |
| 10/25/17 | 400011 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Ashley Homestore) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 10 representing a payment of 49.66 % per court order. | | 7100-000 | | $505.32 | $0.00 |

Page Subtotals: $0.00 $88,240.68

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $180,860.44 | $180,860.44 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $180,860.44 | $180,860.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $180,860.44 | $180,860.44 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0805 - Checking | $180,860.44 | $180,860.44 | $0.00 |
| | $180,860.44 | $180,860.44 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $119,139.56 |
| Total Net Deposits: | $180,860.44 |
| Total Gross Receipts: | $300,000.00 |